845 A.2d 757

**Richard A. COLE, Appellant**

v.

**PENNSYLVANIA BOARD OF MEDICINE and**
**Commonwealth of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Feb. 23, 2004.

### *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of February, we **AFFIRM** the Order of the Commonwealth Court.